# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 12-61077-CIV-ROSENBAUM

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

SCOTT A. HAIRE and WOUND
MANAGEMENT TECHNOLOGIES,
INC.,

       Defendants.

_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED

This matter is before the Court upon a review of the record.  On August 30, 2012, this Court entered an Order staying the proceedings against Defendant Wound Management Technologies, Inc. ("Wound Management"), for a period of ninety (90) days while a settlement agreement between Wound Management and Plaintiff was approved.  D.E. 21.  On August 6, 2012, Defendant Scott Haire ("Haire") filed a response to the Complaint noting that he is presently a defendant in a related criminal proceeding.[1]  D.E. 16.  Because of the criminal proceeding, Haire has invoked his Fifth Amendment privilege against self-incrimination and, as such, has not filed a substantive Answer to the Complaint, *see* D.E. 16, nor has he agreed to a mediator, D.E. 19, as ordered by the Court.  Undoubtedly, similar complications in this proceeding will arise with regard to Haire as the criminal case progresses.

In light of the ongoing criminal proceedings against Haire and the anticipated settlement of the claims against Wound Management, it is **ORDERED and ADJUDGED** that the parties shall show cause in writing **within ten (10) days** why the civil proceedings in this Court against

---

[1] *United States v. Scott A. Haire*, Case No. 12-60133-CR-WILLIAMS/SNOW (S.D. Fla.)

Haire should not be stayed pending resolution of the criminal proceedings against him.  If the parties have no objection to staying the proceedings, they shall file notices to that effect with the Court within ten (10) days.  Additionally, the parties shall file with their responses a report on the current status of the criminal proceedings.  If a stay is granted, the Court will require a similar status report every three months while the criminal proceedings are still pending.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 1st day of October 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to counsel of record