UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61077-CIV-ROSENBAUM

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

SCOTT A. HAIRE, and WOUND
MANAGEMENT TECHNOLOGIES, INC.,

        Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT WOUND MANAGEMENT TECHNOLOGIES, INC.**

      This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal [D.E. 44]. In this filing, Plaintiff stipulates to the dismissal with prejudice as to its remaining disgorgement claim against Defendant Wound Management Technologies, Inc., pursuant to Rule 41(a)(1), Fed. R. Civ. P.  Upon consideration, it is hereby **ORDERED and ADJUDGED** that the Notice of Voluntary Dismissal [D.E. 44] is approved and adopted, and the above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant Wound Management Technologies, Inc.

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of October 2013.

                                                        ROBIN S. ROSENBAUM
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record